MAX GROSS, Respondent, *v.* GLOBE & RUTGERS FIRE INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, March 3, 1932.

*Davis, Auerbach & Cornell* [*William J. Carr* and *Martin A. Schenck* of counsel], for the appellant.

*Nathan Gross,* for the respondent.

PER CURIAM. The ring involved herein was a ladies' ring which the assured, a male person, had bought some time previously for presentation as an engagement ring. It was being carried at the time of its loss because the assured intended to sell it — the engagement having been broken. Under such circumstances it was not " a personal effect usually carried by a tourist or a traveller," nor was it " personal jewelry belonging to and used or worn by the assured or a member of his family." In any event it comes within the exception in the policy excluding " merchandise for sale."

Judgment reversed, with thirty dollars costs, and complaint dismissed.

CALLAHAN and UNTERMYER, JJ., concur on the merits, with costs; LEVY, J., dissents.